UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 17-3752, 18-1253, 19-1129 & 19-1189
_____

COMMONWEALTH OF PENNSYLVANIA;
STATE OF NEW JERSEY

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED
STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF
TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED
STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA

                            Little Sisters of the Poor Saints Peter and Paul
                            Home (Intervenor in D.C.),
                            Appellant in Nos. 17-3752 and 19-1129

                            Secretary United States of Department of
                            Health and Human Services, United States
                            Department of Health and Human Services,
                            Secretary United States Department of
                            Treasury, United States Department of
                            Treasury, Secretary United States Department
                            of Labor, United States Department of Labor,
                            Appellants in Nos. 18-1253 and 19-1189

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
(E.D. Pa. No. 2:17-cv-04540)
District Judge: Hon. Wendy Beetlestone
_____
On Remand from the Supreme Court of the United States
Submitted on Remand August 10, 2020

Before: McKEE, SHWARTZ, and FUENTES, Circuit Judges

_____

JUDGMENT ORDER
_____

By opinion and judgment entered on July 12, 2019, this Court affirmed the judgment of the District Court.  The Little Sisters of the Poor Saints Peter and Paul Home and the President of the United States filed petitions for writ of certiorari with the U.S. Supreme Court, which were granted.  On July 8, 2020, the Supreme Court reversed the judgment of this Court and remanded for further proceedings.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the judgement of the District Court is reversed and the matter is remanded to the District Court for further proceedings.  The Clerk is directed to issue the mandate.

BY THE COURT:

s/Patty Shwartz
Circuit Judge

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:          August 20, 2020